■ In the Matter of SCOTT POLLICINO, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant.—In a proceeding pursuant to General Municipal Law § 50-e for leave to serve a late notice of claim, the appeal is from an order of the Supreme Court, Kings County (Garry, J.), dated October 30, 1989, which granted the application.

Ordered that the order is affirmed, without costs or disbursements.

Under the circumstances of this case, we find that the Supreme Court did not improvidently exercise its discretion in granting the petitioner's application to file a late notice of claim (see, Matter of Mazzilli v City of New York, 115 AD2d 604). Mangano, P. J., Brown, Sullivan, Harwood and Miller, JJ., concur.

■ In the Matter of ELIAHOU RUBIN, Deceased. EVE FANKEL, Appellant; ISRAEL RUBIN, Respondent.—Appeal by the petitioner from an order of the Surrogate's Court, Nassau County (Radigan, S.), dated June 14, 1989.

Ordered that the order is affirmed, with costs payable by the appellant personally, for reasons stated by Surrogate Radigan at the Surrogate's Court. Bracken, J. P., Sullivan, Miller and Ritter, JJ., concur. [See, 143 Misc 2d 303.]